| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| McClendon Earl Fredrick | McClendon, Tracy Charlene |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | McGaughy, Tracy |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 5310 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 9354 |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 33 Krotiak Rd. PARK Forest IL.    ZIP CODE 60466 | 116 St. Jude Avenue Joliet, IL 60436    ZIP CODE 60436 |

| County of Residence or of the Principal Place of Business: COOK | County of Residence or of the Principal Place of Business: Will |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| 116 St. Jude Avenue Joliet, IL 60436    ZIP CODE 60436 | 33 Krotiak Rd Park Forest, IL    ZIP CODE 60466 |

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |
|---|---|

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [ ] Full Filing Fee attached.
- [x] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

| | | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| [x] Debtor estimates that funds will be available for distribution to unsecured creditors. | | |
| [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 29 2012
KENNETH S. GARDNER, CLERK
RS. REP. - SJ

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): *Tracy McClendon* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: *Northern Bankruptcy Court (Here)* | Case Number: *11-27694* | Date Filed: *7/1/11* |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | |
|---|---|
| *(This page must be completed and filed in every case.)* | |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Earl McClendon_
Signature of Debtor

X _Tracy McClendon_
Signature of Joint Debtor

(813) 272-7913
Telephone Number (if not represented by attorney)

11/29/12
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### __Northern__ District of __Illinois__

In re _Earl F. McClendon_
_____ Case No. _____
Debtor                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

❐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Earl F. McClendon*

Date: *11-29-12*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

<u>Northern</u> District of <u>Illinois</u>

In re _Tracy McClendon_
    Debtor

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

❏ **Incapacity.** (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❏ **Disability.** (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❏ **Active military duty in a military combat zone.**

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Tracy McClendon_

Date: _11/29/11_



# Creditors

**AAA CHECKMATE, L.L.C.**
7647 W. 63RD STREET
SUMMIT, IL 60501

(17502338)
(cr)

**AAA Checkmate, L.L.C.**
c/o Gary A. Smiley, Attorney
P.O. Box 27
Skokie, IL 60076-0027

(18084499)
(cr)

**Aaron Sales & Lease Ow**
1015 Cobb Place Blvd Nw
Kennesaw, GA 30144

(17502339)
(cr)

**Account Recovery Servi**
3031 N 114th St
Milwaukee, WI 53222

(17502340)
(cr)

**Advanced Medical Imaging of Joliet**
Dept 4725
Carol Stream, IL 60122-4725

(17584194)
(cr)

**Adventist Bolingbrook Hospital**
75 Remittance Drive
Suite 6097
Chicago, IL 60675-6097

(17584195)
(cr)

**ALICE AND LOUIS JOHNSON**
211 ELMS STREET
PROSPECT HEIGHT, IL 60070

(17502341)
(cr)

**American InfoSource LP as agent for**
US Cellular
PO Box 248838
Oklahoma City, OK 73124-8838

(18042090)
(cr)

**Amo/soa**
Amo Po Box 28897
Tucson, AZ 85726

(17502342)
(cr)

**Arnold Harris**
Po Box 1219
Medical Business Bureau
Park Ridge, IL 60068

(17502343)
(cr)

**Arnold Harris, Esq**
600 West Jackson
Stioe 400
Chicago, IL 60661

(17502344)
(cr)

**Arnold Harris, Esq**
600 West Jackson
Suite 400
Chicago, IL 60661

(17502345)
(cr)

**Arnold Harris, Esq.**
600 West Jackson
Sutie 400
Chicago, IL 60661

(17502346)
(cr)

**Arnold Harris, Esq.**
600 West Jackson
Chicago, IL 60661

(17502347)
(cr)

**Arrow Financial Services**
5996 W Touhy Ave
Niles, IL 60714

(17502348)
(cr)

**AT & T PHONE COMPANY**
FRANKLIN COLLECTION SERVICE, INC.
P O BOX 3910
TUPELO, MS 38803-3910

(17502349)
(cr)

**BANK OF AMERICA, N.A.**
NCO FINANCIAL SYSTEMS
P O BOX 17080
WILMINGTON, DE 19850-7080

(17502350)
(cr)

**Brother Loan and Finance Co**
7621 W. 63RD STREET
SUMMIT, IL 60501

(17502351)
(cr)

**Brother Loan and Finance Company**
c/o Gary A. Smiley
4741 N. Western Ave.
Chicago, IL 60625-2012

(17552420)
(cr)

**Bureau Of Collection R**
7575 Corporate Way
Eden Prairie, MN 55344

(17502352)
(cr)

**Caine & Weiner**
Po Box 5010
Woodland Hills, CA 91365

(17502353)
(cr)

**Capital One Auto Finance**
3905 N Dallas Pkwy
Plano, TX 75093

(17502354)
(cr)

**Capital One Auto Finance (CODB)**
POB 201347
Arlington, 76006

(17694137)
(cr)

**Cba Collecttion Bureau**
Po Box 5013
Hayward, CA 94540

(17502355)
(cr)

**Cda/pontiac**
Attn: Bankruptcy
Po Box 213
Sreator, IL 61364

(17502356)
(cr)

**Charter One Bank**
P O BOX 42001
PROVIDENCE, RI 02940-2001

(17502357)
(cr)

**Chasmccarthy**
Charles McCarthy & Assoc
PO Box 1045
Bloomington, IL 61702

(17502358)
(cr)

**Chela**
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773

(17502359)
(cr)

**City of Joliet**
Parking Violations Bureau
150 West Jefferson St
Joliet, IL 60432-4148

(17584191)
(cr)

**Clerk of Circuit Court**
Will County
14 W Jefferson Street
Joliet, IL 60435

(17584193)
(cr)

**Clerk of Circuit Court**
Winnebago County Courthouse
400 W State St
Rockfor, IL 61101

(17584192)
(cr)

**Cnac - Il115**
2345 W Jefferson St
Joliet, IL 60435

(17502360)
(cr)

**Comcast**
155 Industrial Drive
Elmhurst, IL 60126-1618

(17584196)
(cr)

**COMCAST CABLE**
P O BOX 3002
SOUTHEASTERN, PA 19398-3002

(17502361)
(cr)

**Commonwealth Edison**
Bankruptcy Department                    (17502362)
2100 Swift Drive                         (cr)
Oak Brook, IL 60523

**Consolidated Public Services**
E R SOLUTIONS, INC                       (17502363)
P O BOX 9004                             (cr)
RENTON, WA 98057-9004

**Crd Prt Asso**
Attn: Bankruptcy                         (17502364)
Po Box 802068                            (cr)
Dallas, TX 75380

**Credit Acceptance**
25505 West 12 Mile Road Suite 3000       (17502365)
Southfield, MI 48034                     (cr)

**Dvra Billing**
5620 Pasco Del Norte #127-233            (17502366)
Carlsbad, CA 92008                       (cr)

**EDWARD HOSPITAL**
C/O RONALD J. HENNINGS                   (17775601)
P.O. BOX 4106                            (cr)
ST. CHARLES, IL 60174

**Edward Hospital & Health**
801 South Washington Street              (17584197)
Naperville, IL 60540-7060                (cr)

**Enhanced Recovery Corp**
8014 Bayberry Rd                         (17502367)
Jacksonville, FL 32256                   (cr)

**Eos Cca**
700 Longwater Dr                         (17502368)
Norwell, MA 02061                        (cr)

**FIRST BANK OF DELWARE**
DEPT 12421                               (17502369)
P O BOX 603                              (cr)
OAKS, PA 19456

**First Premier Bank**
601 S Minnesota Ave                      (17502370)
Sioux Falls, SD 57104                    (cr)

**First Premier Bank**
3820 N Louise Ave                        (17502371)
Sioux Falls, SD 57107                    (cr)

**First Revenue**

4500 Cherry Creek Dr South
Denver, CO 80239

(17502372)
(cr)

**Fncc**
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117

(17502373)
(cr)

**Fst Premier**
3820 N Louise Ave
Sioux Falls, SD 57107

(17502374)
(cr)

**GLENN POLLETT**
618 MAGNOLIA STREET
DENTON, TX 76201

(17502375)
(cr)

**Great Lakes Speciality Finance**
4540 COOPER ROAD SUITE 200
BLUE ASH, OH 45242

(17502376)
(cr)

**H&f Law**
33 N Lasalle
Chicago, IL 60602

(17502377)
(cr)

**Harris & Harris**
600 W Jackson Blvd, Suite 400
Chicago, IL 60661

(17502378)
(cr)

**IL Dept Healthcare & Family Service**
Division of Child Support Enforceme
P.O. Box 641097
Chicago, IL 60664-1097

(17502379)
(cr)

**Il Dept Of Healthcare**
509 S 6th St
Springfield, IL 62701

(17502380)
(cr)

**IL DEPT OF HEALTHE & FAMILY SE**
C/O THERESA MCCLENDON
P O BOX 5400
CAROL STREAM, IL 60197

(17502381)
(cr)

**Illinois State Toll HwY Auth**
2700 OGDEN AVENUE
DOWNERS GROVE, IL 60515

(17502383)
(cr)

**Illinois State Toll Hwy Auth**
2700 Ogden Ave
DOWNERS GROVE, IL 60515

(17502382)
(cr)

**ILLINOIS TITLE LOANS, INC**
1511 WEST JEFFERSON STREET
JOLIET, IL 60435

(17502384)
(cr)

991 Oak Creek Dr
Lombard, IL 60148

(17502392)
(cr)

**Naperville Radiologists**
PO Box 70
Hinsdale, IL 60522

(17584200)
(cr)

**Nicor Gas**
Attention: Bankruptcy Department
Po Box 190
Aurora, IL 60507

(17502393)
(cr)

**NICOR GAS**
P O BOX 0632
AURORA, IL 60507-0632

(17502394)
(cr)

**NICOR GAS**
P. O. BOX 2020
AURORA, IL 60507

(17502395)
(cr)

**Nicor Gas**
Po box 549
Aurora Il 60507

(17754749)
(cr)

**Oac**
Po Box 371100
Milwaukee, WI 53237

(17502396)
(cr)

**OPEN ADVANCE MRI, LLC**
P O BOX 37293
BALTIMORE, MD 21297-3293

(17502397)
(cr)

**PARKVIEW ORTHO/ HEALTH SERVICES**
415 E MAIN STREET
P O BOX 213
STREATOR, IL 61364-0213

(17502398)
(cr)

**PARKVIEW ORTHOPEDIC GROUP**
CREDITORS DISCOUNT & AUDIT CO.
415 E. MAIN ST
P O BOX 213
STREATOR, IL 61364-0213

(17502399)
(cr)

**PAYDAY LOAN STORE**
348 COMMONS
BOLINGBROOK, IL 60440

(17502400)
(cr)

**Premier BankCard/Charter**
Post Office Box 2208
Vacaville, CA 95696

(17713070)
(cr)

**PROVENA ST JOSEPH MEDICAL CENTER**
P O BOX 88097
CHICAGO, IL 60680

(17502401)
(cr)

**PROVENA ST JOSEPH MEDICAL Cnte**
P O BOX 88097
CHICAGO, IL 60680

(17502402)
(cr)

**Rjm Acq Llc**
575 Underhill Blvd Suite 224
Syosset, NY 11791

(17502403)
(cr)

**Rjm Acquisitions Llc**
575 Underhill Blvd
Suite 224
Syosset, NY 11791

(17515846)
(cr)

**Romeoville Dental Center**
620 TOWNHALL DRIVE
ROMEOVILLE, IL 60446

(17502404)
(cr)

**Security Fin**
Attn: Bankruptcy
Po Box 1893
Spartanburg, SC 29304

(17502405)
(cr)

**SFC-Central Bankruptcy**
P.O. Box 1893
Spartanburg, S.C. 29304

(18033286)
(cr)

Creditor committee    *Entity*

**SIR FINANCE CORPORATION**
6140 N. LINCOLN AVENUE
CHICAGO, IL 60659

(17502406)
(cr)

**Social Security Admin**
6401 Security Blvd
Woodlawn, MD 21235

(17502407)
(cr)

**SPEEDWAY GAS STATION**
THE CHECK RECOVERY & VERIFICATION CO.

2710 N. GRANDVIEW, SUITE B
ODESSA, TX 79762

(17502408)
(cr)

**SUBURBAN RADIOLOGIST**
1446 MOMENTUM PLACE
CHICAGO, IL 60689

(17502409)
(cr)

**TRANSWORLD SYSTEMS**
5880 COMMERCE BLVD.
ROHNERT, CA 94928

(17502410)
(cr)

**TREMONT FINANCIAL**
P O BOX 608
SIOUX FALLS, SD 57101

(17502411)
(cr)

**Tri-state Adjustments**
3439 East Ave S

(17502412)

La Crosse, WI 54601                                    (cr)

**Tridentasset.com**                                   (17502413)
5755 Northpoint Pkwy Ste                               (cr)
Alpharetta, GA 30022

**U S CELLULAR**                                       (17502414)
DEPT. 0203                                             (cr)
PALATINE, IL 60055-0203

**U S CELLULAR**                                       (17502415)
DEPT 0203                                              (cr)
PALATINE, IL 60055

**United Collect Bur Inc**                             (17502416)
5620 Southwyck Blvd Ste                                (cr)
Toledo, OH 43614

**US BANK CORPORATION**                                (17502417)
P O BOX 5220                                           (cr)
CINCINNATI, OH 45201

**US Bank N.A.**                                       (17929233)
POB 5229                                               (cr)
Cincinnati, OH 45201-5229

**US CELLULAR**                                        (17502418)
P. O. BOX 7835                                         (cr)
MADISON, WI 53707

**US Department of Education**                         (18106638)
PO BOX 65128                                           (cr)
St Paul MN 55165

**USA PAYDAY LOANS**                                   (17502419)
120 S. LARKIN AVENUE                                   (cr)
JOLIET, IL 60435

**VILLAGE OF ROMEOVILLE**                              (17502420)
1050 W. ROMEO ROAD                                     (cr)
ROMEOVILLE, IL 60446

**Workforce Financial Inc**                            (17502421)
645 S Clark Street                                     (cr)
Chicago, Illinois 60605

**Illinois Title Loans, Inc**
c/o The Salkin Law Firm, P.A.
1776 N. Pine Island Road, Suite 218
Plantation, FL 33322

(17774972)
(cr)

**ILLINOIS TOLLWAY**
P O BOX 5201
LISLE, IL 60532

(17502385)
(cr)

**Illinois Tollway**
2700 Ogden Ave
Downers Grove, IL 60515

(17584198)
(cr)

**JD Brown & Co**
837 Plainfield Rd
Joliet, IL 60435

(17584199)
(cr)

**Jefferson Capital Systems LLC**
Purchased From ARROW FINANCIAL SERVICES,

PO BOX 7999
SAINT CLOUD MN 56302-9617
Orig By: PREMIER BANKCARD INC

(17618357)
(cr)

**Joliet Furniture**
c/o Robert M Boyack
3104 Glenwood Ave
Joliet, IL 60435

(17502387)
(cr)

**Joliet Furniture**
138 E Cass St
Joliet, IL 60432

(17502386)
(cr)

**Lockport Dental Group**
230 E 8TH St, SUITE C
LOCKPORT, IL 60441-3087

(17502388)
(cr)

**MARQUETTE BANK**
234 BOLINGBROOK DRIVE
BOLINGBROOK, IL 60446

(17502389)
(cr)

**Merchants Credit Guide**
223 W Jackson Blvd Ste 4
Chicago, IL 60606

(17502390)
(cr)

**Midland Credit Management**
Po Box 939019
San Diego, CA 92193

(17502391)
(cr)

**Midland Credit Management, Inc.**
8875 Aero Drive, Suite 200
San Diego, CA 92123

(17538322)
(cr)

**Miramedrg**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                    )
  Earl F. McClendon                       )
                                          )
                                          )      Case No.
  Debtor (s)                              )
                                          )      Chapter  7
  Tracy C. McClendon                      )
                                          )

List of Creditors

| | |
|---|---|
| Nicor Gas     Acct. Number<br>P.O. Box 0632     34-31-24-6009-9<br>Aurora, IL 60507     Amount $570.87 | Cris Auto Sales, Inc.<br>1336 S. Halsted<br>Chicago Heights, IL 60411<br>Amount $300.00 |
| Allergy + Asthma Associates<br>200 Glenwood Ave. Ste 100<br>Joliet, IL 60435<br>Acct. Number 505   Amount $35.51 | Sprint     Acct. Number<br>P.O. Box 4191     999072374<br>Carl Stream, IL<br>60197     Amount $267.17 |
| State of Illinois     Amount<br>2700 Ogden Avenue     $354.60<br>Downers Grove<br>Acct. Number V3111795278 | City of Chicago Department of Finance<br>P.O. Box 88292     Amount<br>Chicago, IL 60680     $832.00<br>Acct. Number 5106152650 |
| City of Joliet     Acct. Number<br>150 W. Jefferson St.   227875-69670<br>Joliet, IL 60432<br>Amount 200.00   Water Department | Mary Scaccaro<br>703 Richmond<br>Joliet, IL 60435<br>$2975.00 |
| Lighthouse Financial<br>P.O. Box 18512<br>Tampa, FL 33679<br>Amount $5,500.00 | See attachment |